MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

EDWARD PIPER
Law Clerk

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

FILED

AUG 24 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE SALAZAR-CORRUJEDO,<br><br>    Defendant. | No. CR 10-70537-PVT<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING |

      The United States of America, by and through Assistant United States Attorney Jeffrey B. Schenk, and the defendant Jose Salazar-Corrujedo, by and through Teresa Salazar-Cosmos, Esq., hereby move this Court to continue the date of the parties' next status hearing from August 26, 2010 to September 9, 2010 so as to resolve a scheduling conflict and to allow the defendant additional time to review discovery. The parties further stipulate that time between August 26 and September 9, 2010 should be excluded from the Speedy Trial Act under Title 18, United States Code, Section 3161(h)(7)(A).

STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING
CR 10-70537-PVT

1.     The defendant is charged by complaint with possession of an identification document with intent to defraud the Untied States, in violation of 18 U.S.C. § 1028(a)(4). The government has offered the defendant a plea agreement, which he is currently considering.

2.     The United States and the defendant are in discussions regarding the proposed plea agreement. However, at this point, those discussions are not yet completed. The parties estimate that the discussions will be completed by September 9, 2010.

3.     Further, the parties stipulate that the time between August 26, 2010 and September 9, 2010 should be excluded from the Speedy Trial Act under Title 18, United States Code, Section 3161(h)(7)(A).

4.     Accordingly, the parties respectfully request that the court continue this matter until September 9, 2010, for its next status hearing.

So stipulated:

Date: _August 23, 2010____             __/s/_____

JEFFREY B. SCHENK
Assistant U.S. Attorney

Date: _August 23, 2010___             __/s/_____

TERESA SALAZAR-CORRUJEDO
Counsel for Defendant

STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING
CR 10-70537-PVT

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   Assistant United States Attorney
5
   EDWARD PIPER
6  Law Clerk

7    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
8    Telephone: (408) 535-5061
     Fax: (408) 535-5066
9    E-Mail: jeffrey.b.schenk@usdoj.gov

10 Attorneys for Plaintiff

11                      UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14

15 UNITED STATES OF AMERICA,           ) No. CR 10-70537-PVT
                                       )
16      Plaintiff,                     )
                                       ) [PROPOSED] ORDER CONTINUING
17      v.                             ) STATUS HEARING UNTIL
                                       ) SEPTEMBER 9, 2010 AND
18                                     ) EXCLUDING TIME UNDER THE
   JOSE SALAZAR-CORRUJEDO,             ) SPEEDY TRIAL ACT FROM AUGUST
19                                     ) 26, 2010 TO SEPTEMBER 9, 2010
        Defendant.                     )
20 _____)

21

22

23      The defendant, Jose Salazar-Corrujedo, represented by Teresa Salazar-Cosmos, Esquire,

24 and the government, represented by Jeffrey B. Schenk, Assistant United States Attorney,

25 stipulated in writing on August 23, 2010 to a continuance of the next status hearing until

26 September 9, 2010.

27      Based upon the representation of counsel and for good cause shown, the Court finds that

28 the ends of justice are served and outweigh the best interests of the public and the defendant in a

1 | speedy trial by excluding the time between August 26, 2010 and September 9, 2010 from
2 | computation under the Speedy Trial Act. Therefore, IT IS HEREBY ORDERED that the time
3 | between August 26, 2010 and September 9, 2010 shall be excluded from computation under the
4 | Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and the next status hearing is set for
5 | September 9, 2010 at 1:30PM.

DATED: 8/24/10

PATRICIA V. TRUMBULL
United States Magistrate Judge