**IT IS SO ORDERED**
*Paul S. Grewal*
Judge Paul S. Grewal

1 BARRY J. PORTMAN
Federal Public Defender
2 VARELL L. FULLER
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant SALAZAR-CORRUJEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-70537-PSG |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND SELF-SURRENDER DATE BY TWO WEEKS;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| JOSE SALAZAR-CORRUJEDO, ) | |
| ) | Honorable Paul S. Grewal |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Defendant Jose Salazar-Corrujedo, by and through Assistant Federal Public Defender Varell L. Fuller and the United States, by and through Assistant United States Attorney Jeffrey B. Schenk, hereby stipulate that, with the Court's approval, the defendant's May 26, 2011, self-surrender, may be extended by two-weeks to June 9, 2011.

The defendant Jose Salazar-Corrujedo was sentenced to 6-months in custody following his guilty plea to possession of an identification document with intent to defraud the United States in violation of 18 U.S.C. §1028(a)(4)–a Class A misdemeanor.  The Court ordered him to self-surrender by 10:00 a.m. on May 26, 2011, to his BOP facility or to the San Jose Marshal's

1  Office.  The reason for the requested extension is Mr. Salazar-Corrujedo was notified on May
2  24, 2011, that he is to self-surrender to a BOP facility in Pecos, TX, and he is unable to make
3  travel arrangements to arrive there by May 26.
4      For the foregoing reasons, the parties stipulate that his self surrender date may be
5  extended and respectfully ask that the Court extend Mr. Salazar-Corrujedo's self-surrender date
6  to June 9, 2011.  Mr. Salazar-Corrujedo remains under Pretrial Services supervision and he has
7  been complaint with all pretrial release conditions as ordered.  Counsel for Mr. Salazar-
8  Corrujedo has consulted with Pretrial Services Officer Gelareh Farahmand, who is assigned to
9  this matter, and she has no objection to the requested extension.
10      Accordingly, it is respectfully requested that the Court extend Mr. Salzar-Corrujedo's
11  self-surrender date to June 9, 2011.
12      IT IS SO STIPULATED.

13
Dated: May 25, 2011
14                                              _____/s/_____
                                            VARELL L. FULLER
15                                              Assistant Federal Public Defender

16

17  Dated: May 25, 2011
                                            _____/s/_____
18                                              JEFFREY B. SCHENK
                                            Assistant United States Attorney
19
20
21
22
23
24
25
26

|   |   |
|---|---|
|   | IN THE UNITED STATES DISTRICT COURT |
|   | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|   | SAN JOSE DIVISION |

UNITED STATES OF AMERICA,               )   No. CR 10-70537
                                        )
            Plaintiff,                  )   **[PROPOSED] ORDER EXTENDING**
                                        )   **SELF-SURRENDER DATE**
vs.                                     )
                                        )
JOSE SALAZAR-CORRUJEDO,                 )
                                        )   Honorable Paul S. Grewal
            Defendants.                 )
_____ )

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Salazar Corrujedo's self-surrender date is hereby extended from May 26, 2011, to June 9, 2011. IT IS FURTHER ORDERED, that he shall surrender for service of the sentence previously imposed in this matter by 10:00 a.m. on June 9, 2011, to the BOP facility to which he has been designated or the San Jose United States Marshal's Office.

IT IS SO ORDERED.

Dated: 5/25/2011

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-70537 PSG                3